# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS L. TROUT, SR.** and **VICKIE L. TROUT**, | : CIVIL ACTION NO. 1:07-CV-0431 |
| | : |
| | : **(Judge Conner)** |
| Plaintiffs | : |
| | : |
| v. | : |
| | : |
| **THE MILTON S. HERSHEY MEDICAL CENTER**, *et al.*, | : |
| | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 10th day of September, 2008, upon consideration of plaintiffs' motion to quash (Doc. 93) the subpoena of Linda Purves for the purpose of taking her deposition, and it appearing that the court's ruling on defendants' motion for reconsideration (Doc. 88), issued on the date hereof, may obviate the need to depose Ms. Purves, it is hereby ORDERED that the motion to quash is DENIED as moot without prejudice to plaintiffs' right to re-file the motion in the event that the ruling on the motion for reconsideration (Doc. 88) fails to resolve this discovery dispute.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge