IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOUGLAS L. TROUT, SR.** and **VICKIE L. TROUT,** : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> **THE MILTON S. HERSHEY MEDICAL CENTER** and **REZA MIRALIAKBARI, M.D.,** : <br> : <br> **Defendants** : | **CIVIL ACTION NO. 1:07-CV-0431** <br><br> **(Judge Conner)** |

## ORDER

AND NOW, this 11th day of September, 2008, upon consideration of the order of court dated September 10, 2008 (Doc. 96), which denied as moot plaintiffs' motion to quash (Doc. 93) the subpoena of Linda Purves, which appeared unnecessary due to the resolution of plaintiff's Motion in Limine No. 1, (see Doc. 84), and in light of the telephone conference held with counsel on the same date, during which plaintiffs orally renewed the motion to quash because defendants have expressed a continued desire to depose Ms. Purves,[1] who possesses information regarding the settlement of plaintiffs' claim against the automobile tortfeasor, and the court concluding that Ms. Purves deposition is unnecessary by virtue of the ruling on

---

[1] Defendants sought to depose Ms. Purves because her testimony may have been relevant if the court granted defendants' motion for reconsideration (Doc. 88) of its ruling on plaintiff's motion in limine. On September 10, 2008, the court denied the motion for reconsideration in all respects. (See Doc. 97.)

plaintiffs' motion in limine, (see id.), it is hereby ORDERED that the orally renewed motion to quash the subpoena of Linda Purves is GRANTED.

          S/ Christopher C. Conner
          CHRISTOPHER C. CONNER
          United States District Judge